**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1636**

VELESA DRAUGHN,

Plaintiff - Appellant,

v.

DEPARTMENT OF THE ARMY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:24-cv-01462-GLR)

Submitted:  January 27, 2026                    Decided:  August 4, 2026

Before AGEE, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Velesa Draughn, Appellant Pro Se.  Megan Lynn Micco Mallis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Velesa Draughn appeals the district court's order dismissing as untimely her appeal from the Merit System Protection Board's decision affirming the Department of the Army's removal of Draughn from her position. The district court found that Draughn's notice of appeal was untimely filed and that she failed to show extraordinary circumstances warranting equitable tolling. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Draughn v. Dep't of the Army*, No. 1:24-cv-01462-GLR (D. Md. May 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2